### Brown v. Akin, Solicitor-General.

Atkinson, Presiding Justice. By the act of 1949 (Ga. L. 1949, p. 1007), it is made lawful to sponsor or hold "athletic events, games and contests" on Sunday by obtaining a permit from the governing body of the municipality or county, and an automobile race is such a "game or contest" as provided by the statute. *Worley* v. *State,* 79 *Ga. App.* 594 (54 S. E. 2d, 439). Accordingly, where a person is enjoined from holding such a race "on the Sabbath day in violation of the laws of Georgia," and subsequently is granted a permit from the proper authority in accordance with the statute and thereafter holds such a race on Sunday, it is error for the trial court to adjudge him in contempt for violating the injunction.

*Judgment reversed. All the Justices concur.*

No. 16863. November 14, 1949.

*T. L. Shanahan* and *Henry L. Barnett;* for plaintiff in error.
*Warren Akin, Solicitor-General,* contra.